█ MAX MALLIN et al., Respondents, v. BENJAMIN KOSSIN, Appellant.— Order entered December 8, 1965, granting plaintiffs' motion to conduct an examination before trial of a witness, unanimously reversed on the law and the facts, and in the exercise of discretion, and the motion denied, with $30 costs and disbursements to defendant-appellant. The application to examine the witness was made almost 16 months after plaintiffs had filed a statement of readiness. Apart from any question as to whether plaintiffs had demonstrated special, unusual or extraordinary circumstances to permit a departure from our statement of readiness rule (see *Jacobs* v. *Peress*, 23 A D 2d 483), the record demonstrates inexcusable laches in making the application. Plaintiffs knew of the existence of the nonresident witness before they filed their statement of readiness and before they drafted their bill of particulars. Yet, no steps were taken to elicit any testimony from the witness. Having failed to use reasonable diligence in asserting their rights, plaintiffs forfeited any right to appeal on equitable principles for relief from the statement of readiness rule. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

█ In the Matter of MAX ANDER, an Attorney.— Motion for an order reducing period of suspension and for leave to apply for earlier reinstatement denied. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

█ In the Matter of SIDNEY FELBER, an Attorney.— Motion for reinstatement to the Bar denied. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

█ In the Matter of EDWARD BLATT, an Attorney.— Motion for reinstatement to the Bar denied. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

█ CHARLES D. DICKEY v. JOHN MOSLER et al.— Motion for reargument granted, and, upon such reargument, the order of this court entered on December 30, 1965 is vacated and the appeal taken by defendants-appellants from the judgment of the Supreme Court, New York County, entered on May 11, 1965 is reinstated. Settle order on notice setting appeal down for argument for a specified term of this court. Concur — Botein, P. J., Breitel, Stevens, Eager and Steuer, JJ.